ARMOUR PACKING CO., Respondent, v. EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by the Armour Packing Company against the Edison Electric Illuminating Company of Brooklyn. No opinion. Order affirmed, with $10 costs and disbursements. See 115 App. Div. 57, 100 N. Y. Supp. 609.

AUBURN & NORTHERN ELECTRIC R. CO., Respondent, v. LEHIGH & N. Y. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by the Auburn & Northern Electric Railroad Company against the Lehigh & New York Railroad Company and another. No opinion. Orders modified in accordance with memorandum filed with the clerk, and, as so modified, affirmed, without costs of this appeal to either party.

AUBURN & S. ELECTRIC R. CO., Respondent, v. LEHIGH & N. Y. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by the Auburn & Syracuse Electric Railroad Company against the Lehigh & New York Railroad Company and another. No opinion. Order modified in accordance with memorandum filed with the clerk, and, as so modified, affirmed, without costs of this appeal to either party.

AVON SPRINGS SANITARIUM CO., Respondent, v. KELLOGG, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1907.) Action by the Avon Springs Sanitarium Company against J. Francis Kellogg. No opinion. Motion for reargument granted. See 106 N. Y. Supp. 1116.

BACON, Appellant, v. AMERICAN MECHANICAL CASHIER CO., Respondent. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Helen H. Bacon against the American Mechanical Cashier Company. H. B. Closson, for appellant. D. McCurdy, for respondent. No opinion. Determination affirmed, with costs and disbursements. Order filed.

BAKER et al., Appellants, v. DUFF et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 23, 1907.) Action by Theodore Baker and others against Mary E. Duff and another. No opinion. Order affirmed, with $10 costs and disbursements.

BALDWIN, Respondent, v. WERTHEIM, Appellant (two cases). (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Thomas St. John Baldwin against Charles Wertheim. No opinion. Judgments of the Municipal Court affirmed, with costs.